**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**



FILED
AUG 8 2012
CLERK, US DISTRICT COURT
NORFOLK, VA

JOSE PAVA CASTILLO,

    Petitioner,

v.                               Case No.: 2:11cv283

WAYNE WEBB, Warden,

    Respondent.

## FINAL ORDER

    This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2254. The petition alleges violations of federal rights pertaining to the petitioner's conviction in the Circuit Court of Fairfax County, Virginia, of abduction, robbery, and using a firearm in the commission of a felony, as a result of which he was sentenced to serve an aggregate term of thirty-three years in the Virginia penal system.

    The matter was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C), Rule 72(b) of the Federal Rules of Civil Procedure, and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for report and recommendation. The report of the magistrate judge was filed on July 12, 2012, recommending that the petition be denied and dismissed. By copy of the report, each party was advised of his right to file written objections to the

findings and recommendations made by the magistrate judge. The Court received no response from either party.

The Court, having reviewed the record, does hereby ADOPT AND APPROVE the findings and recommendations set forth in the report of the United States Magistrate Judge filed on July 12, 2012 (ECF No. 21), and it is, therefore, ORDERED that the petition be DENIED AND DISMISSED WITH PREJUDICE for the reasons stated in the report. Adopting the recommendations in the magistrate judge's report, it is ORDERED that the respondent's motion for summary judgment (ECF No. 14) be GRANTED. It is further ORDERED that judgment be entered in favor of the respondent.

The petitioner may appeal from the judgment entered pursuant to this <u>final order</u> by filing a <u>written</u> notice of appeal with the Clerk of this Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within thirty (30) days from the date of entry of such judgment. The petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Therefore, the Court, pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure, declines to issue a certificate of appealability. See <u>Miller-El v. Cockrell</u>, 537 U.S. 322, 335-36 (2003).

- 3 -

The Clerk shall mail a copy of this Final Order to the petitioner and to counsel of record for the respondent.

                                           /s/
                             Rebecca Beach Smith
                                   Chief
                         United States District Judge
                         UNITED STATES DISTRICT JUDGE

Norfolk, Virginia

August 8, 2012